# CERTIFICATE OF SERVICE

I, Kate R. Buck, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made April 29, 2021 by:

[X] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Ruby Tuesday, Inc.
Attn: Officer, Managing Agent or General Agent
333 East Broadway Ave.
Maryville, Tennessee 37804

Ruby Tuesday Inc.
c/o Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Fl.
Los Angeles, CA 90067-4003

Elanor Taylor
2020 Cathedral Way
Mobile, AL 36695

David G. Lynch
9480 Yorktowne Way
Mobile, AL 36695

John J. Lynch, III
9553 Bridgeton Ct.
Mobile, AL 36695

Joseph P. Lynch
8138 Elizabeth Ave.
Orland Park, IL 60462

Catherine Buck
108 Owenwood Dr.
Lincoln University, PA 19352

Francis S. Lynch
316 Stonegate Dr.
Dotham, AL 36305

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                                          (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

                                          **MCCARTER & ENGLISH, LLP**

Date: April 29, 2021         */s/ Kate R. Buck*
                                          Kate R. Buck (No. 5140)
                                          Shannon D. Humiston (No. 5740)
                                          405 North King Street, 8th Floor
                                          Wilmington, DE 19801
                                          Telephone: (302) 984-6300
                                          Facsimile: (302) 984-6399
                                          Email: kbuck@mccarter.com
                                                      shumiston@mccarter.com

                                          *Counsel to Protective Life Insurance Company*